Michael M. Edwards
Nevada Bar No. 006281
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
Michael.Edwards@wilsonelser.com
J.Scott.Burris@wilsonelser.com

*Attorneys for Plaintiff Chanel, Inc.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., a New York corporation, </br></br>   Plaintiff, </br></br> v. </br></br> NELLA CHUNKY, LLC, a Nevada limited liability company, d/b/a fresh-tops.com d/b/a freshtops d/b/a fresh-tops d/b/a @freshtops and DOES 1-10 </br></br>   Defendants. | Case No. </br></br> **CERTIFICATE OF INTERESTED PARTIES IN COMPLIANCE WITH LOCAL RULE 7.1-1** |

COMES NOW, Chanel, Inc., by and through its undersigned counsel of record and submits the following Certificate of Interested Parties in compliance with Local Rule 7.1-1.

The undersigned, counsel of record for Plaintiff Chanel, Inc. certifies that it has no knowledge of any interested parties other than those participating in the above-captioned matter.

///

///

///

///

1

CERTIFICATE OF INTERESTED PARTIES

These representations are made to enable judges of the court to evaluate possible disqualification or recusal.

DATED this ___ day of July, 2015

                                        **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

By: _____
Michael M. Edwards
Nevada Bar No.: 006281
J. Scott Burris
Nevada Bar No.: 010529
Attorney for Plaintiff
CHANEL, INC., a New York
Corporation

2

CERTIFICATE OF INTERESTED PARTIES